*Benjamin E. De Groot* and *Thomas F. Powers* for appellant.

*Frank H. Deal* and *Henry J. Speck* for respondent.

*William S. Jackson, Attorney-General* (*George P. Decker* of counsel), for State of New York, intervening.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ. Absent: GRAY, J.

---

OIL WELL SUPPLY COMPANY, Respondent, *v.* PHŒNIX IRON WORKS COMPANY, Appellant.

*Oil Well Supply Co.* v. *Phœnix Iron Works Co.,* 111 App. Div. 909, affirmed.
(Argued June 12, 1907; decided October 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 29, 1906, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover on an alleged contract for labor and materials furnished.

*George N. Burt* for appellant.

*H. L. Howe* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ. Absent: GRAY, J.